U.S. District Court Central District FOR The Illinois Peoria Division

STEVEN D LISLE JR #R40159 ) Case NO.
   vs        Plaintiff       ) Jury Trial Requested
MICHEAL MELVIN - Warden Defendants ) Compliant

## I. Jurisdiction & venue

This is a "CLASS ACTION" authorized by 28 U.S.C. Section 23 of the Federal Rules of Civil Procedure. Plaintiffs seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202 Plaintiff Claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure. The Court has jurisdiction under 28 USC Section 1331 and 1343(a)(3) The United States District Court 28 USC Section 1391(b)(2) because it is where the events giving to rise to this Claim Occured.

## II. Plaintiffs

Plaintiffs (Steven D Lisle JR #R40159, Richardson Qudafe #502172) Powell #B46010) Burton #S131 Rainey #M01626) Walker #M47525) Buie #M19467) Is and was at all times mentioned herein a Prisoner of the State of Illinois in the Custody of the Illinois Department of Corrections. He is currently confined in Pontiac Correctional Center in Pontiac Illinois.

Defendants                          Position/Title
Micheal Melvin - Warden) T. Kennedy - Aisstant Warden) Emelly - Aisstant Warden) Huston - Liutenet Mister - Sergent) Kelly Hagg - Mental Health) McBride - officer) Henderson - Sergent) Allen - Liutenet) Jatokey - officer) Crossdayle - Sergent) Murray - officer) Johns Jane Does - Pontiac Employees)
Address: Po Box 99 Pontiac IL 61764  ) John Howard Association and Jane & John Does - Prison Mon.
Address: Po Box 10042 Chicago IL 60610-0042 Each defendant stated above is sued individually and in his or her official Capacity at all times mentioned in this Complaint each defendant acted under the Color of State law.

## III. Previous Law Suits - State and Federal Court lawsuits relating to imprisonment Small claims No 16cc-0607) Civil Compliants No.15965 No.16-cv422 No.16-cv421 No.16-cv4217 No.17-1158, No.17cv01327.

## IV. Facts

On 3-1-17 Inmate Buie had a altercation with med tec Sabrina who was being escorted by officer (Crossdayle) Do to Crossdayle who was dating Sabrina at the time became upset with inmate Buie Crossdayle then Stated "I got you "Niggers" see Exhibit E This violated Class Plaintiffs U.S. Const Amend 14th (equal protection of the law by discrimination) Crossdayle then left the yard and returned with (Sgt Mister) and (Liutenet Houston) to esscort Buie off the yard. After about a hour and half the (Orange Crush Tactical Unit) appeared on the North Segregation yard. Houston violated I.D.O.C policies by failing to follow the chain of Comand and notify a Active Major

SCANNED at PCC and E-mailed
(initials) cd by [signature]
7/18/17
18 (# of pages)

to speak with inmates on the yard before Orange Crush tactic unit was deployed on class plaintiffs Orange Crush officers began screaming and yelling at all plaintiffs stating for plaintiffs to turn around and cuff up. Lisle then stated I am complying with the direct order but why are you forcing me to cuff up I did not refuse to come off the yard? Officers then began using accessive force by twisting and yanking and bending Lisle hands arm and wrist. Lisle pleaded with officers that they were hurting him. Officer then began to apply more pressure bending Lisle wrist. Lisle was then took to the North house shower on 1 gallery And slamed against the wall then, slamed on the floor to his nees this fractured Lisle nee and leg. Lisle was then strip naket by "force" officers then bent Lisle over in a degrading "Doggy Style" position and had his Neck being pushed to the floor Officers then positioned Lisle "Ass Hole" up in the air and took both of his hands with "Force" and grab Lisle "Ass" then spreaded Lisle "Butt Cheeks" Open and sliped his finger in Lisle "Ass Hole" Penatrating Lisle officer then took a flash light and look in Lisle "Ass Hole" This was Sexual Assualt - Accessive Force - and Invasion of Lisle bodily parts - This violated Lisle U.S. Const 8, 4, 5, 1, 14th Amendments - Cruel and unusual Punishment - Due process - to search and seizer equal protection of laws and Conspiring with Cross, Kyle, Houston, Mister. Officers then took Lisle Jump Suit and degraded him and made a "Female Type Thong" and tied it around Lisle which exposed Lisle Penis, testicles, Ass Hole, officers then walk Lisle down the gallery in front of all other segregation inmates Cell. Lisle stated his leg was fractured Officers disregaurded Lisle injuries This was Deliberate Indifference to Lisle Serious medical needs where it was clear that Lisle leg and nee was injured. Inmates began laughing and yelling look at Lisle Asshole it's "pink" & his dick is hanging I can see his testicles. Officer then slamed Lisle against the cell door officers then put Lisle in his cell and kick Lisle in the nose which made Lisle nose bleed as the last officer left out Lisle Cell. Officers then sturted yanking Lisle Wrist and Arms through the chuck hole in a attempt to brake Lisle wrist and arms This made all officers Lisble For their conduct of accessive force and sexual assualt and invasion of Lisle bodily parts. A (John Howard Association Representative Jan Doe) Conducted a tour in the North house Lisle stop the White Jane Doe female Who then informed Lisle She was a Representative on behalf of the John Howard Association. Lisle then advise this Jane Doe that his nose was bleeding and his nee and leg was fractured and he was Just assualted and Sexually Assualted by the Orange Crush unit and that Lisle request her to get him medical attention and that he wanted to file a Prea for being Sexually Assualted Jane Doe then wrote down all information Lisle provided and stated I can see your nose is bleeding and leg is fractured and that she is a Prison monitor She will get Lisle medical care etc. Lisle never received any medical care or request to file Prea for being sexually assualted This made Jan Doe and the John Howard Association

2

Liable for failing to see that prison officials was notified to provide Lisle medical care and report his sexual assault this was **Deliberate Indifference** in disregarding Lisle Serious medical needs and by the Jan Doe and John Howard Association Job discript of being in charge to report prison conditions and monitor prison conditions and failing to notify or report this condition to other IDOC authorities to see that Lisle was provide medical care and a prea interview actions were Conspiring with Pontiac officials to Conceal and Cover up Lisle sexual assault and Accessive force claims This violated Lisle U.S. Const. 8, 1, 5, 4, 14th Amendments of the United States Constitution. Lisle then "Notified" Assistants Wardens (E. melly) and (T. kennedy) and (John Doe Superintendent) that Lisle was Sexually Assaulted and Orange Crush used accessive force against Lisle and they can view that Lisle Nose is busted and his leg is fractured and that Lisle requested a Prea E melly, T. kennedy, John Doe, were liable for deliberate Indifference to Lisle Serious medical needs and Conspiring with the Orange Crush Unit to conceal and cover up Lisle being sexually Assualted. Accessive Force. Invasion of his bodily parts. This violated Lisle U.S. Const 8, 1, 5, 4, 14th Amendments (cruel and unusual) Punishment-Conspiracy- Due process invasion of bodily parts equal protection of the laws. Lisle then informed (C/o Murray) on the 2nd shift that he wanted to file a prea for being Sexually assaulted and medical care for his nose wrist arms legs etc. Murray refused to get Lisle medical care and stated I cant go against my boys do to Murray being a active Orange Crush officer on the 2nd shift. This made Murray Liable And violated Lisle U.S. Const 8th Amend medical care - cruel and unusual punishment and deliberate Indifference to Lisle Serious medical needs. Lisle then went to a Sick call and informed officer John Doe that he was suicidal officer then put Lisle in a holding cage. Lisle saw officer (Jatokey) and stated yo guys Sexually assualted me you fucking Creep! Jatokey laughed and stated you like it (Sgt Henderson) then ask Lisle what he wants a crisis team for Lisle stated he was Sexually assualted Henderson then stated over my dead body your not seeing no one and ordered officers (McBride) and (John Doe) to drag Lisle out of the Cage and refused Lisle a crisis team so Lisle could not report being Sexually assualted Lisle began yelling (Luitenet Allen) then appeared and stated your not going to see a Crisis team and report your little sexual assault officers then drag Lisle down the gallery where Lisle yelled out loud so all inmates could here him stating officers are refusing Lisle a crisis team Im suicidal they are trying to cover up a sexual assus. It Mental Health (Kelly Hagg) was present in the North gallery housing unit Lisle then stated to Kelly Hagg that he was suicidal and requested a prea other inmates stated to Kelly hagg "You Hear that inmate get him a Crisis team" hagg refused Sgt Henderson stated he will make sure I cant file a lawsuit. This made Kelly Hagg, Jatokey, McBride, John Doe, Allen, Henderson, liable for deliberate indifference to Lisle serious medical needs and conspiring to Conceal Lisle sexual assualt etc. This violated Lisle USConst 8th Amendment Cruel and unusual punishment US Const 1, 5, 4, 14th Amendments conspiracy invasion of bodily parts due process equal protection of the laws. Pontiac officials continued to retaliate against Lisle by threats Stealing his complaint out of the mail and stealing his legal documents from his cell. Lisle was visited by Alan mills after reporting this conduct to Judge Mihm in the Rashor walker case 07-cv-01288 The Court a notified

3

(Warden Micheal Melvin) about these complaints alleged Lisle then seen Melvin during a tour in the southmental suicide unit and advised Melvin he was sexually assualted and denied medical care and threating by orange crush members and that he request to be transfered to Stateville Correction Center or keep away from all orange crush officers Melvin failed to investigate or keep officers away from Lisle. Melvin then stated to Lisle he dont no nothing about these claims and really dont care this made Melvin Liable in conspiring to cover up Lisle being sexually assualted and tortgeted by officers and his medical needs this was deliberate Indifference to Lisle conditions of confinement This violate Lisle U.S. Const 8, 1, 4, 5, 14th Amendments cruel and unuusal punishment conspiracy. due process invasion of bodily parts equal protection of the laws and disregaurd to Lisle constitutional violations. Officers used Accessive force and sexual assualted all Class plaintiffs in a degrading maner and conspired with Houston Mister Crossdoyle, to assualt all plaintiffs Orange Crush officer Sexually assualted and kick Burton in the Nose like Lisle all class plaintiffs informed the (John Howard Assocation and Jane and John Does) and (Emelly)(T. Kennedy)(John Doe Superintendent) that they were assualted and sexually assualted and requested medical care for their injuries and to file a greg. All class plaintiffs medical request and greg reports were disreguarded This made, (John Doe)(John and Jan does and Howard Assocation)(Emelly)(T. Kennedy) Liable for deliberate Indifference to all class Serious medical care and conspiracy to conceal orange crush sexual assualt and assualts and (Orange Crush) for sexual assualt accessive force and conspiring with Houston)(crossdoyle) mister) to assualt the class plaintiffs This violated class plaintiffs U.S. Const. 8, 1, 4, 5, 14th Amendments equal protection Cruel and unuusal punishment, invasion of bodily parts dueprocess conspiracy. This made orange crush Liable All facts are true and correct See Exhibits 1-7 See Exhibits 8-11 were Lisle informed the (court off being sexually assualted and property stolen and prevented from filing his complaints Lisle will amend his petition once he receives discovery request to receive recorded court documents do to IDOC pontiac employees stealing Lisle original documents and witness exhibits in his compliant Lisle further request this court order he be transfered to the Stateville correctional center untill the completion of this complete for his own safety and to prevent further harm and further retiliation made by defendants It should be noted this is Lisle 2nd time trying to file this complaint do to officer T-Eike stealing lisle first complaint out of the institution mail See Exhibit Z V. Exhaustion of Legal Remedies

Plaintiff Steven Dlisle Jr used the prisoner grievance procedure available at Pontiac Correctional Center to try and solve the problem. On 4-7-17 and 4-9-17 grievance officer replied on 4-12-17 and combined 4-9-17 grievance with 4-7-17 G#65807 Lisle then appealed to the ARB the ARB replied to grievance G#65807 therefore grievance officer at pontiac

4

Correctional Center combined grievance 4-7-17 and 4-9-17 together Lisle appealed to ARB and ARB replied to G# 65807 see Exhibit 2 VI Legal Claims plaintiffs reallege and incorporate by reference paragraphs 1-7 Accessive Force - Sexual Assault - Invasion of bodily privacy unreasonable search and seizure deliberate Indifference to serious medical needs deliberate indifference to conditions of confinement Conspiracy racial discrimination violated the plaintiffs Lisle and Qydafe, Powell, Burton, Rainey, Walker, Buie rights and constituted Eighth, Fourth, First, Fifth, Fourteenth Amendments Cruel and unusual punishment - conspiracy - equal protection - due process unreasonable search - seizure invasion of bodily privacy to the united States Constitution The plaintiff has no plain adequate or complete remedy at law to redress the wrongs described herein. Plaintiffs has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks. VII. Prayer for Relief Wherefore plaintiff respectfully prays that this court enter Judgment granting plaintiff: A declaration that the acts and omissions described herein violate plaintiff rights under the Constitution and laws of the United States. A preliminary and permanent injunction ordering defendants 1. Transfer class plaintiffs to Stateville Correctional Center for placement. 2. while on crisis watch house all plaintiffs only in the healthcare unit. Compensatory damages in the amount of 1,000,000 million against each defendant jointly and severally Punitive damages in the amount of 1,000,000 million against each defendant A Jury trial on all issues triable by jury plaintiffs Cost in this suit Any additional relief this court deems just, proper and equitable Dated 7-16-17 respectfully submitted Steven D Lisle JR R40165 PO Box 99 Pontiac IL 61764

## Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct Executed at Pontiac IL 61764 on 7-16-17 /s/ Steven

Steven D Lisle JR R40165

5

# Exhibits

EX 1 ~~Receipt of certified mail~~ Affidavit
EX 2 Affidavit ~~list~~
EX 3 Affidavit
EX 4 Affidavit
EX 5 Affidavit
EX 6 Affidavit
EX 7 Affidavit
EX 8 Motion
EX 9 Motion
EX 10 Motion
EX 11 Grievance

**Print Date 7/7/2017**

STATE OF ILLINOIS )
                  )
COUNTY OF         )
Livingston

## AFFIDAVIT

I  Rue # M19467  do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

All Facts in complient are true and correct

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __3__ day of __July__ 2017

Bruce

Affiant

STATE OF ILLINOIS )
                  )
COUNTY OF         )
Livingston

## AFFIDAVIT

I __STEVEN D LESLE JR #R4059__ do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

All Facts stated in complaint are true and correct

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __3__ day of __July__ 2017

_____
Affiant

STATE OF ILLINOIS  )
                   )          EX
COUNTY OF          )          3
Livingston

# AFFIDAVIT

I __Burton #S18719__ do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

All facts stated In compliant are True and Correct

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __3__ day of __July__ 2017

_____Burzlee_____
                        Affiant

STATE OF ILLINOIS    )
                     )     Ex 4
COUNTY OF            )
LIVINGSTON

# AFFIDAVIT

I  Rainey # M01626  do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

All Facts Stated in Complient are True and correct

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this  3  day of  July  2017

_____
Affiant

STATE OF ILLINOIS )
COUNTY OF ) EX
Livingston ) 5

## AFFIDAVIT

I _K Walker #M47525_ do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

All facts stated in complaint are true and correct

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _3_ day of _July_ 2017

_____
Affiant

STATE OF ILLINOIS  )
                   )
COUNTY OF          )

LIVINGSTON

## AFFIDAVIT

I **Richardson Qudafe #S02172** do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

All facts are true and correct stated in complaint

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this **3** day of **July** 2017

_____
Affiant

STATE OF ILLINOIS  )
                   )  EX
COUNTY OF          )    1

Livingston

## AFFIDAVIT

I ___Powell #B66010___ do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

All facts are true and correct stated in complain

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this ___3___ day of ___July___ 2017

_____
                                    Affiant

1:17-cv-01336-SLD # 1 Page 14 of 18
1:07-cv-01298-MM # 233 Page 1 of 2
E-FILED
Thursday, 02 March, 2017 01:35:48 PM
Clerk, U.S. District Court, ILCD

SCANNED at FCC and E-Mailed
03.02.17 (date) by SP (initials)
② (# of pages)
Central District
Peoria Division

IN THE UNITED STATES DISTRICT COURT CENTRAL ILLINOIS PEORIA DIVISION

Case: Rusho V Walker    Case No. 12-079 OC 01298 mmm

## MOTION FOR SEXUAL ASSUALT ACCESSIVE FORCE CRUEL AND UNUSUAL PUNISHMENT BY PONTIAC ORANGE CRUSH CORRECTIONAL OFFICERS

Now comes Steven DLisle JR # R40159 in the above titled motion as stated:

1. ON 2-25-16 Lisle was on the yard when orange crush came and took Lisle off the yard and began to use accessive force and bend and twist Lisle hands Lisle ask what was going on. Next Lisle was took by his self away from all other inmates and had accessive force applied next Lisle was strip but Naket in the shower face slamed into the wall then slamed on his face and his nee cap was dislocated next orange crush sexual assualted Lisle by taking their hands and bending Lisle over face down and then spread Lisle but cheeks with both hands then this officer also rub his thumb inside Lisle ass hole sexualy assualting him then took Lisle Jump suit and made a home made pair of thongs like panties holes which exposed Lisle dick and nuts and his entire ass hole then walk Lisle on the gallery in front of all inmates exposing Lisle dick bulls and ass inmates began "laughing" saying look at his fat ass he got a pink ass hole and dick this was captured on IDOC camera and orange crush camera Lisle was then slamed on the floor face first they the camera man step to the side this last officer kick Lisle in the nose breaking and busting his nose then pulled Lisle hands to the chuckhole trying to dislocate Lisle arms and shoulders by pulling and the cuffs. This conduct was cruel and unusual punishment Lisle filed a grievance on 2-28-16 emergency to warden this was retiliation for Lisle objecting in the rusho v walker Case No. ___ and Lisle wrote the record office and filed a complaint 2 days before stating that officer were going to hurt him Lisle saw officer J. Fike the same day who told Lisle he went and talk to DR about the Pitchford assualt next Lisle seen J Fike and ask him was he taking him back from the yard

Exhibit
E

Lisle R40159 N134

**Spencer, Mark**

| | |
|---|---|
| From: | ECF_Returns@ilcd.uscourts.gov |
| Sent: | Tuesday, April 18, 2017 1:14 PM |
| To: | ECF_Notices@ilcd.uscourts.gov |
| Subject: | [External] Activity in Case 1:07-cv-01298-MMM Rasho et al v. Walker et al Order on Motion for Miscellaneous Relief |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## CENTRAL DISTRICT OF ILLINOIS

### Notice of Electronic Filing

The following transaction was entered on 4/18/2017 at 1:14 PM CDT and filed on 4/18/2017
**Case Name:** Rasho et al v. Walker et al
**Case Number:** 1:07-cv-01298-MMM
**Filer:**
**Document Number:** No document attached

**Docket Text:**
TEXT ONLY ORDER denying [1317] Motion and denying [1318] Motion. Movant Steven Lisle has filed two Motion stating he has been retaliated against for informing the Court of misconduct of "orange crush" staff members. Movant specifically complains that staff members have prevented the filing of a § 1983 complaint. As such, Movant requests the Court transfer him to another facility and direct that he be allowed to file his complaint. The Court has significant concerns regarding Movant's allegations that he has been unable to file his complaint. As such, the Clerk of the Court is DIRECTED to provide a copy of this Order and Movant's filings to the Warden of the Pontiac Correctional Center. Furthermore, within 21 days of this Order, Counsel for the Defendant is DIRECTED investigate Movant's allegations regarding the inability to file his complaint in retaliation for participating in this proceeding and report back to the Court. Entered by Judge Michael M. Mihm on 4/18/2017. (MMM4, ilcd)

1:07-cv-01298-MMM Notice has been electronically mailed to:

Alan Mills    alan@uplcchicago.org, eva@uplcchicago.org

Amanda C Antholt    amanda@equipforequality.org, cecille@equipforequality.org

1


**Vilt, Dawn**

| | |
|---|---|
| **From:** | ECF_Returns@ilcd.uscourts.gov |
| **Sent:** | Wednesday, July 05, 2017 10:47 AM |
| **To:** | ECF_Notices@ilcd.uscourts.gov |
| **Subject:** | [External] Activity in Case 1:07-cv-01298-MMM Rasho et al v. Walker et al Order on Motion for Miscellaneous Relief |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### CENTRAL DISTRICT OF ILLINOIS

### Notice of Electronic Filing

The following transaction was entered on 7/5/2017 at 10:47 AM CDT and filed on 7/5/2017
**Case Name:** Rasho et al v. Walker et al
**Case Number:** 1:07-cv-01298-MMM
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ONLY ORDER denying [1429] Motion. Movant Steven D. Lisle Jr. has filed a Motion complaining that a staff member at Pontiac Correctional Center has stolen a complaint and other legal documents and destroyed them. Movant additionally complains that this Court has refused to provide him copies of all of his filings in this docket preventing him from filing a subsequent lawsuit. Movant has made numerous filings in this docket, and in his recent filing fails to identify the specific filing that he needs, nor does he identify the specific need for any such document. The Court declines to scour the docket for every one of the Movant's filings. Movant can contact the Clerk of the Court directly for copies of the documents he so desires. However, the Movant will have to pay the copying charge. The Motion is DENIED. Entered by Judge Michael M. Mihm on 7/5/2017. (MMM4, ilcd)**

**1:07-cv-01298-MMM Notice has been electronically mailed to:**

Alan Mills    alan@uplcchicago.org, eva@uplcchicago.org, nicole@uplcchicago.org

Amanda C Antholt    amanda@equipforequality.org, cecille@equipforequality.org

Barry C Taylor    barryt@equipforequality.org

1

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| | | |
|---|---|---|
| Date: 1-19-17 | Offender: (Please Print) Steven D Lisle Jr | ID#: R40159 |
| Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac | |

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [x] Other (specify): Prea Discrimination
- [ ] Disciplinary Report: ___/___/___  Date of Report  Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Lisle filed a prea claim against officer gresham in the westhouse gresham was not removed from gallery in which lead gresham to retiliate against Lisle writing Lisle a false incident report for dangerous pills gresham also stole or threw away Lisle comic book collection which were marvel comics marvel comic classic and Dc comics Lisle filed a prea to warden when he arrived at north house stating that officer gresham again sexual harrassed him and put him in the west house 1gallery hold tank and put the 1gallery westhouse clip board in Lisle face and by the window which had a draw

**Relief Requested:** Comic books returned or reimburse for volume and worth of comic books Returned back to west cellhouse unit. Black female employees allowed and working on 1-3 gallery segregation unit and sidewatch. and female white employees allowed to work 1-3 gallery north seg un.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_[signature]_ Offender's Signature    R40159    1/19/17

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name    Counselor's Signature    Date of Response

**EMERGENCY REVIEW**

Date Received: 01/23/2017    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_[signature]_ Chief Administrative Officer's Signature    01/23/2017

Distribution: Master File; Offender    Page 1    DOC 0046 (8/2012)

US District Court For The Central Region of Illinois Division

Steven D Lisle Jr #R40159

vs Plaintiffs

Micheal Melvin

Defendants

[Summons]

Civil Action No. _____

(1) Micheal Melvin Po Box 99 Pontiac IL 61764 - (2) T. Kennedy Po Box 99 Pontiac IL 61764 - (3) Emelly Po Box 99 Pontiac IL 61764 - (4) Houston Po Box 99 Pontiac IL 61764 - (5) Mister Po Box 99 Pontiac IL 61764 - (6) Kelly Hogg Po Box 99 Pontiac IL 61764 - (7) MC Bride Po Box 99 Pontiac IL 61764 - (8) Henderson Po Box 99 Pontiac IL 61764 - (9) Allen Po Box 99 Pontiac IL 61764 - (10) Jatokey Po Box 99 Pontiac IL 61764 - (11) Crossdayle Po Box 99 Pontiac IL 61764 - (12) Murray Po Box 99 Pontiac IL 61764 - (13) John & Jane Does Po Box 99 Pontiac IL 61764 - (14) John Howard Association John & Jane Does Po Box 10042 Chicago IL 60610-0042 - Total of 14# Defendants for the purpose of Summons - TO THE ABOVE NAMED DEFENDANTS You are hereby Summoned and required to serve upon plaintiffs whose address is Po Box 99 Pontiac IL 61764 an answer to the complaint which is herewith served upon you within 20 days after service of this Summons upon you exclusive of the day of service or 60 days if the U.S. Government or officer agent thereof is a defendant if you fail to do so judgment by default will be taken against you for the relief demanded in the complaint  Clerk of the Court _____  Date: _____

[MEMORANDUM OF LAW]

(Filed Grievances) Vance v Peters 97 F3d 987 7th Cir 1996 Thomas v Reese 787 F3d 845 847 7th Cir 2015 Johnson v Litscher 280 F3d 826 827 (7th Cir 2001) Foulk v Charrier 262 F3d 697 699 5th Cir 2001 page 1-5

(Responsible for misdeeds) Burke v Remisch 55 F3d 592, 596 page 1-5

(U.S. Const 4th Amend) "Unreasonable Searches and Seizures" invasion of bodily privacy page 1-5

(U.S. Const 8th Amend) Cruel and unusual punishment "Excessive Force" Hudson v McMillian 503 US 1 1992 deliberate Indifference to a prison condition that exposes a prisoner to an unreasonable risk of serious harm or deprives a prisoner of a basic human need - Farmer v Brennan 511 US 825 1994 Wilson v Seiter 501 US 294 1991 Barney v Pulsipher 143 F3d 1299 1311 (10th Cir 1998) Vance v Peters 97 F3d 987 (7th Cir 1996) Estelle v Gamble 429 US 97 103 1976 Hill v DeKalb Regl Youth Det. Ctr 40 F3d 1176 1187 (11th Cir 1994) Gutierrez v Peters 111 F3d 1364 1369 7th Cir 1997) page 1-5 (US Const 14th Amend) equal protection from racial discrimination page 1-5 (U.S. Const 5th amend) due process page 1-5 (U.S. Const 1st Amendment) Conspiracy page 1-5